IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE DILL AND KIM DILL, AS CO-
ADMINISTRATORS OF THE ESTATE
OF JENEE DILL, DECEASED, AND ON
BEHALF OF THE WRONGFUL DEATH
BENEFICIEARIES OF JENEE DILL                                                  PLAINTIFFS

v.                                      Case No. 4:20-cv-4036

FCA US LLC, a Delaware Limited
Liability Company                                                              DEFENDANT

## ORDER

Before the Court is the parties' Joint Status Report. ECF No. 25. The parties previously moved for this matter to be stayed (ECF No. 23) because a case pending before the Supreme Court of the United States would likely provide clear authority on an issue central to Defendant's Motion to Dismiss for Lack of Jurisdiction. ECF No. 8. The Court granted the parties' motion and required that they file a status report with the Court no later than 14 days after a ruling in that pending case. ECF No. 24.

The parties now inform the Court that the Supreme Court decision in *Ford Motor Co. v. Montana Eighth Judicial Dist. Court*, Nos. 19-368 and 19-369, 2021 WL 1132515, (U.S. Mar. 25, 2021), addressing facts substantially similar to this matter, has resolved the disputed jurisdictional issue. The parties request that the Court lift the stay in this matter. Further, Defendant moves to withdraw its Motion to Dismiss (ECF No. 8) because the recent Supreme Court decision makes clear that there is currently no jurisdictional shortcoming.

Accordingly, the Court's stay on these proceedings is hereby **LIFTED**. Defendant's Motion to Dismiss (ECF No. 8) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 30th day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge